# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kleinfeld, Andrew J. | Ninth Circuit | 7/25/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Courthouse Square
250 Cushman St. Suite 3-A
Fairbanks, Alaska 99701

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | ABA Members Retirement Program, no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleinfeld, Andrew J. | 7/25/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | State of Alaska, Permanent Fund Dividend | $1,600.00 |
| 2. 2018 | Metropolitan Life Insurance Co. (lifetime annuity) | $21,936.00 |
| 3. 2018 | Prudential Life Insurance Co. (lifetime annuity) | $20,652.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | State of Alaska - Permanent Fund Dividend |
| 2. 2018 | State of Alaska - Retirement |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleinfeld, Andrew J. | 7/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Morgan Stanley - Money Mkt Account | A | Dividend | L | T | | | | | |
| 2. | Radio Shack Common Stock | A | Dividend | J | T | | | | | |
| 3. | DWS CROCI International Fund - A (Was Deutsche) | B | Dividend | L | T | Sold (part) | 08/27/18 | M | A | |
| 4. | Keogh Plan - Administered by ABA Stable Asset Return Fund | C | Int./Div. | M | T | | | | | |
| 5. | Keogh Plan - Administered by ABA Balanced Fund | F | Int./Div. | | | Closed | 08/31/18 | P1 | | |
| 6. | Keogh Plan - Administered by ABA Moderate Risk Fund | A | Int./Div. | P1 | T | Open | 08/31/18 | P1 | | |
| 7. | Black Rock Total Return Fund | D | Dividend | M | T | | | | | |
| 8. | IRA Rollover Plan w/ Vanguard Tot Intl Stock Ix Admiral | A | Int./Div. | K | T | | | | | |
| 9. | IRA Rollover Plan w /Vanguard Total Stock Mkt Idx Adm | E | Int./Div. | O | T | | | | | |
| 10. | 403(b) Plan w /Vanguard Total Int'l Stock Ix Inv | A | Int./Div. | J | T | | | | | |
| 11. | 403(b) Plan w /Vanguard Total Stock Mkt Idx Inv | A | Int./Div. | K | T | | | | | |
| 12. | Centurylink Common Stock | A | Dividend | J | T | | | | | |
| 13. | Am Elect Power Common Stock | D | Dividend | M | T | | | | | |
| 14. | Northrop Grumman, Common Stock | D | Dividend | O | T | | | | | |
| 15. | Denali State Bank Accounts | A | Interest | O | T | | | | | |
| 16. | MetLife Policyholder Trust (MetLife Stock) | A | Dividend | J | T | | | | | |
| 17. | Northern Income Equity Fund, NOIEX (Trust #1) | B | Dividend | L | T | Sold (part) | 05/02/18 | L | C | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kleinfeld, Andrew J. | 7/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | TIAA-CREF Retirement Annuity TIAA Traditional | B | Int./Div. | M | T | | | | | |
| 19. | TIAA-CREF Retirement Annuity Cref Sock R2 | C | Int./Div. | M | T | | | | | |
| 20. | Northern Money Mrt Account (Trust #1) | A | Interest | K | T | | | | | |
| 21. | Transamerica Whole Life Policy | B | Interest | K | T | | | | | |
| 22. | Transamerica Whole Life Policy | C | Interest | L | T | | | | | |
| 23. | Wells-Evergreen Money Market | A | Interest | J | T | | | | | |
| 24. | Fidelity Investments Deferred Comp Fid Balanced K | B | Interest | | | Distributed | 12/31/18 | K | A | |
| 25. | American Funds Euro Growth Fnd, AEPFX | A | Dividend | K | T | | | | | |
| 26. | First Eagle Sogen Fds, SGIIX | A | Dividend | K | T | | | | | |
| 27. | Growth Fnd America, GFFFX | B | Dividend | M | T | | | | | |
| 28. | Legg Mason Ptrs Equity Tr, SAGYX | A | Dividend | L | T | | | | | |
| 29. | Loomis Sayles Invt Fds Bond Fd, LBSRX | A | Dividend | K | T | | | | | |
| 30. | PIMCO FDS Pac Invt Mgmt Ser Total Return Fd Instl Cl, PTTRX | B | Dividend | K | T | | | | | |
| 31. | Davis NY Venture Fd Inc Cl Y, DNVYX | B | Dividend | M | T | | | | | |
| 32. | Vanguard index tr mid cap index fd admiral sh, VIMAX | C | Dividend | M | T | | | | | |
| 33. | MFO Vanguard Fixed Inc Secs, VIPSX (Trust #1) | A | Dividend | K | T | | | | | |
| 34. | MFC Ishares Tr MSCI Emerg Mks, EEM (Trust #1) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleinfeld, Andrew J. | 7/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | MFB N Funds Stk Index Fd, NOSIX (Trust #1) | D | Dividend | N | T | Sold (part) | 05/02/18 | L | E | |
| 36. | Frontier Communications Common Stock | A | Dividend | J | T | | | | | |
| 37. | Huntington Ingalls Industries Stock | A | Dividend | J | T | | | | | |
| 38. | MCF Ishares S-TCorp bd etk, IGSB (was CSJ) (Trust 1) | B | Dividend | L | T | | | | | |
| 39. | MCF Shares TR MSCI EAFE ETF, EFA (Trust #1) | C | Dividend | L | T | | | | | |
| 40. | MCF Flexshr TR Morningstr Gbl Upstm Nat Res Indx Fd, GUNR (Trust #1) | A | Dividend | K | T | | | | | |
| 41. | MFB Northern FDS Global Real Estate Index Fd, NGREX (Trust #1) | B | Dividend | K | T | | | | | |
| 42. | MFB Northern Mid Cap Index Fd, NOMIX (Trust #1) | A | Dividend | K | T | Sold (part) | 05/02/18 | J | B | |
| 43. | MFB Northern Fds Small Cap Index Fd, NSIDX (Trust #1) | A | Dividend | K | T | Sold (part) | 05/02/18 | K | D | |
| 44. | MFC Flexshr Tr IBOX 3yr Target Duration Tips Index Fd, TDTT (Trust #1) | A | Dividend | J | T | | | | | |
| 45. | MCF Flexshr Tr Stoxx GLB Broad Infrastructure Index FD, NFRA | B | Dividend | K | T | | | | | |
| 46. | Brighthouse Financial, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Various stocks (including, but not limited to, Centurylink, American Electric, and Northrup Grumman, accrue additional shares through dividend reinvestment programs.

Judge Kleinfeld (Person Reporting) is a Co-Trustee of a trust (Trust #1). Northern Trust Bank of Florida is the other Co-Trustee. Judge Kleinfeld receives income and has the power to invade principal subject to a standard. The trust was established pursuant to Judge Kleinfeld's parents' estate plan, with his children as the beneficiaries. The descriptions of the assets controlled by the trust are listed in Part VII of the disclosure report, and are followed by a (Trust #1) designation.

Part VII, line 25, American Funds Euro Growth Fnd AEPFX was incorrectly idetiufied as AEGFX on the 2017 FDR.

Part VII, Line 38, Name change: MCF Ishares S-T Corp bd etk (IGSB) was called MCF Shares Tr Barclays Fd (CSJ) on the 2017 FDR

Part VII line 46, Brighthouse Financial Inc. was a spinoff from Met Life (Line 15) in 2017, but that was unknown at the time the 2017 FDR was prepared. The value of six shares is $250.

Your programmers need to increase the size of the fonts as the report is difficult to read on normal size monitors.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew J. Kleinfeld**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544